RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-6322 (v)
202-514-6866 (f)
Olga.L.Tobin@usdoj.gov
*Counsel for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN A. MYCEK, SR., ADMINISTRATOR, ) | |
| OF THE GRETTA VENNIK ESTATE, ) | |
| 1 SOUTH ENSIGN DRIVE ) | |
| LITTLE EGG HARBOR, NJ 08082, ) | |
| ) | |
| LINDA VENNIK (AKA LINDA MYCEK), ) | |
| IN HER INDIVIDUAL CAPACITY AND ) | |
| AS TRUSTEE OF THE GRETTA VENNIK ) | |
| REVOCABLE LIVING TRUST,  AND ) | |
| CO-TRUSTEE OF ) | |
| THE JOHN VENNIK TRUST UN LWAT ) | |
| SPOUSE'S PART TRUST AND FAMILY ) | |
| TRUST ) | |
| 774 ASPEN WAY, ) | |
| FRANKLIN LAKES, NJ 07417, ) | |
| ) | |
| SONJA VENNIK GREENTHALER, ) | |
| 104 PARK AVE ) | |
| ALLENDALE, NJ 07401, ) | |

CLEMENTE ENTERPRISES LLC           )
366 SUNSET BLVD                    )
WYCKOFF, NJ 07481,                 )
                                   )
BOROUGH OF FRANKLIN LAKES          )
480 DEKORTE DRIVE                  )
FRANKLIN LAKES, NJ 07417,  and     )
                                   )
TOWNSHIP OF WAYNE                  )
475 VALLEY ROAD                    )
WAYNE, NJ 07470                    )
                                   )
              Defendants.          )
_____)

## COMPLAINT TO COLLECT FEDERAL INCOME TAXES

The Plaintiff, the United States of America, at the request of the Chief Counsel of

the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the

direction of the Attorney General of the United States, brings this action to collect the

federal income tax liabilities of the Estate of Gretta Vennik assessed against Gretta

Vennik for the 2003-2006 and 2008-2011 tax years; and to enforce the corresponding

federal tax liens associated with those liabilities against Gretta Vennik's interest in three

real properties located in Franklin Lakes, Allendale and Wayne, New Jersey.  In support

of this action, the United States alleges as follows:

### JURISDICTION & VENUE

1.      Jurisdiction is conferred upon the district court by virtue of 28 U.S.C.

§§ 1331, 1340 and 1345 and 26 U.S.C. §§ 7402 and 7403.

2.      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1396

because the federal tax liabilities at issue accrued in this judicial district. Defendants

also reside in this judicial district. Additionally, the United States seeks to enforce its liens against real property located in Bergen and Passaic County, New Jersey, within this judicial district.

## PARTIES

3.      The Plaintiff is the United States of America.

4.      Gretta Vennik resided at 104 Park Avenue, Allendale, New Jersey prior to her death on August 21, 2015 (the Allendale Real Property).

5.      John A. Mycek, Sr., Gretta Vennik's ex-son-in-law, was a appointed the administrator of her estate by the Bergen County Surrogate Court on October 23, 2017. Mycek resides at 1 South Ensign Drive, Egg Harbor, New Jersey.

6.      Linda Vennik, aka Linda Mycek, is Gretta Vennik's daughter and John A. Mycek's ex-wife.  She currently resides at 774 Aspen Way, Franklin Lakes, New Jersey 07417 (the Franklin Lakes Real Property).  Linda Vennik may have or may claim an interest in one or more of the Real Properties upon which the United States seeks to enforce its lien as 1) an heir of Gretta Vennik, 2) a beneficiary named in Gretta Vennik's will, 3) a trustee and/or beneficiary of revocable trusts created by her parents John Vennik and Greta Vennik – The Gretta Vennik Revocable Living Trust, The John Vennik Trust UN LWAT Spouse's Part Trust and Family Trust – that may have an interest in the Real Properties, and 4) the current resident of the Franklin Lakes Real Property.

7.      Sonja Vennik Greenthaler is Gretta Vennik's daughter.  She currently resides at the Allendale Real Property.  She may have or may claim an interest in one or

more of the Real Properties as an heir of Gretta Vennik, a beneficiary named in Gretta Vennik's will and as the current resident of the Allendale Real Property.

8.    Clemente Enterprises LLC may have or may claim an interest in the Allendale Real Property due to tax sale certificate No. 17-00002 recorded on March 2, 2018 in the amount of $42,682 as of March 31, 2019.

9.    Borough of Franklin Lakes may have or may claim an interest in the Franklin Lakes Real Property because of unpaid property tax assessed as of February 1, 2019 in the amount of $1,514 as of March 1, 2019.

10.    Wayne Township may have or may claim an interest in 438 Pompton Road, Wayne, New Jersey 07470 (the Wayne Real Property) due to tax sale certificate No. 17-00100 recorded on November 21, 2017 and No. 18-00112 recorded on December 13, 2018, with a total value of $145,198 as of April 1, 2019.

### THE REAL PROPERTIES

11.    The Franklin Lakes Real Property as issue in this matter is located in Bergen County, New Jersey, within the jurisdiction of this Court, and is commonly known as 774 Aspen Way, Franklin Lakes, New Jersey 07417.  It is more particularly described as:

> Beginning at a point in the center line of Circle Avenue marked by a spike distant 526.4 feet northwesterly from the intersection of the center lines of Circle Avenue and Pulis Avenue, said center line of Circle Avenue bearing north 40 degrees 15 minutes west; thence running (1) south 44 degrees 43 minutes west 199.3 feet to a stake; thence (2) north 47 degrees 15 minutes west 75 feet to a stake; thence (3) north 44 degrees 43 minutes east parallel with the first course 208.3 feet to a spike set in the center line of Circle

4

Avenue; thence (4) south 40 degrees 15 minutes east along said center line of Circle Avenue 75.4 feet to the place of Beginning.

Being the same premises conveyed to William J. Steinerd under Deed from William C. Forrest and Pearl C. Forrest, his wife, by Deed page 169 in the Clerk's Office, Bergen County.

Being also known as Lot 2 Block 1516 on the tax map of the Borough of Franklin Lakes, N.J.

12. The Allendale Real Property at issue in this matter is located in Bergen County New Jersey, within the jurisdiction of this Court, and is commonly known as 104 Park Avenue, Allendale, New Jersey 07401. It is more particularly described as:

Beginning at the point of intersection of the northerly line of Brookside Avenue (formerly Second Street) with the westerly line of Park Avenue (formerly Allendale Avenue) and from said point of beginning running thence (1) North 45 degrees 10 minutes East along said westerly line of Park Avenue, 130.12 feet to a point; thence (2) North 60 degrees 55 minutes West 145.31 feet to a point; thence (3) South 27 degrees 36 minutes West 25 feet to a point; thence (4) North 60 degrees 55 minutes West 25 feet to a point; thence (5) South 27 degrees 36 minutes West 100 feet to a point in the northerly line of Brookside Avenue; thence (6) South 60 degrees 55 minutes East along said northerly line of Brookside Avenue 130.99 feet to the point or place of beginning.

Being known and designated as Lots Nos. 5A and 11 in Block No. 12 on a certain map entitled, "Subdivision, Lots 5 and 11, Block 12, Property of Nelson & Doris Offringa, Boro of Allendale, Bergen Co. N. J." filed in the Bergen County Clerk's Office November 5, 1953, as Map No. 4562.

Being part of the same premises conveyed to Nelson R. Offringa and Doris L. Offringa, his wife, by Albert Z. Pullis and Maude A. H. Pullis, his wife, by Deed dated June 25, 1952, in Book 3333 of Deeds at page 366.

5

13.     The Wayne Real Property at issue in this matter is located in Passaic

County, New Jersey, within the jurisdiction of this Court, and is commonly known as

438 Pompton Road, Wayne, New Jersey 07470.  It is more particularly described as:

> BEGINNING at a point in the northerly side line of Pompton
> Road therein distant 215.25 feet easterly from the
> intersection of the same prolonged westerly with the easterly
> line of Paterson Hamburg Turnpike prolonged southerly,
> and running from thence

1. South 80 degrees 33 minutes East along the northerly line of Pompton road 55.99 feet to a point; thence

2. Still along the northerly line of Pompton Road in an easterly direction along a curve to the right with a radius of 448.53 feet an arc distance of 86.63 feet to a point; thence

3. South 69 degrees 29 minutes East still along the northerly line of Pompton Road 20.02 feet to a point; thence

4. Still along the northerly line of Pompton Road in an easterly direction along a curve to the right with a radius of 370.90 feet, an arc distance of 80.38 feet to a point; thence

5. South 57 degrees 04 minutes East, still along the northerly line of Pompton Road, 21.18 feet to a point; thence

6. Still along the northerly line of Pompton Road in a south easterly direction along a curve to the right with a radius of 398.88 feet, an arc distance of 2.28 feet to a point; thence

7. North 30 degrees 32 minutes 50 seconds East, 610.64 feet to a point; thence

8. North 83 degrees 44 minutes West, 483.38 feet to a point; thence

9. South 8 degrees 38 minutes West, 503.72 feet to the northerly line of Pompton Road and the point and place of beginning.

> Being in accordance with a survey made by Bernard
> Chambers & Associates dated December 28, 1959, and
> entitled "Plat of Tract No. 1 of Property Situated in Wayne

Township, Passaic County, N.J., at the junction of Pompton Road and Hamburg Turnpike."

## THE TRUSTS

### *The Gretta Vennik Revocable Living Trust*

14.     The Gretta Vennik Revocable Living Trust was established on April 22, 1994.

15.     According to Gretta Vennik's will, her estate was to be distributed to the trustee(s) of The Gretta Vennik Revocable Living Trust.

16.     Linda Vennik obtained a judgment from the Bergen County Surrogate Court on April 25, 2016 allowing her to continue to serve as the sole trustee of The Gretta Vennik Revocable Living Trust.

*17.*     No recorded deeds show a transfer of any of the three Real Properties at issue to The Gretta Vennik Revocable Living Trust.

### *The John Vennik Trusts*

18.     The John Vennik Spouse's Part Trust and Family Trust each held a 50% interest in the Wayne Real Property at the time of John Vennik's death, who predeceased his wife Gretta Vennik in 1983.

19.     Linda Vennik and Citizens First National Bank of NJ were the co-trustees of both Trusts.

20.     Fleet National Bank, the successor in interest for Citizens First National Bank of NJ, was discharged as trustee from both trusts in 2001 by order of the probate court.

21.     Gretta Vennik was the income beneficiary and Linda Vennik and Sonja Vennik Greenthaler were the remainder beneficiaries of both Trusts.

22.     The Form 760 U.S. Estate Tax Return for the Estate of Gretta Vennik, deceased, discloses that the Spouse's Part Trust was held for the lifetime of Gretta Vennik.  The sole asset of the trust was a fifty percent interest in the Wayne Real Property.

## COUNT I - ASSESSMENTS AGAINST GRETTA VENNICK

23.     The allegations of paragraphs 1 through 22, inclusive, are re-alleged and incorporated by reference in this count as though fully set forth herein.

24.     A delegate of the Secretary of the Treasury of the United States properly and timely assessed federal income taxes, penalties, and statutory interest against Gretta Vennik for the tax periods, on the dates and in the amounts set forth below:

| Tax Period | Assessment Date | Assessment | Total Due as of June 20, 2019 | Notice of Federal Tax Lien Filed |
|---|---|---|---|---|
| 12/31/03 | 02/22/10 | $2,751 | $7,746 | 09/06/16 (Bergen) 03/13/19 (Passaic) |
| 12/31/04 | 02/22/10 | $2,744 | $7,405 | 09/06/16 (Bergen) 03/13/19 (Passaic) |
| 12/31/05 | 02/22/10 | $3,261 | $8,503 | 09/06/16 (Bergen) 03/13/19 (Passaic) |
| 12/31/06 | 06/22/09 | $96,467 | $218,517 | 09/06/16 (Bergen) 03/13/19 (Passaic) |
| 12/31/08 | 06/30/14 | $6,863 | $14,613 | 09/06/16 (Bergen) 03/13/19 (Passaic) |
| 12/31/09 | 06/30/14 | $418 | $900 | 09/06/16 (Bergen) 03/13/19 (Passaic) |
| 12/31/10 | 06/30/14 | $428 | $885 | 09/06/16 (Bergen) 03/13/19 (Passaic) |
| 12/31/11 | 06/30/14 | $413 | $704 | 09/06/16 (Bergen) 03/13/19 (Passaic) |

25.     Notices and demands for payment of the tax assessments described in paragraph 24 were given to Gretta Vennik prior to her death in 2015, but she failed to fully pay the assessed amounts.

26.     By reason of the tax assessments described in paragraph 24 above, and pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens arose on the dates of the assessments, and attached to all property and rights to property, then owned or thereafter acquired by Gretta Vennik, including but not limited to the Franklin Lakes, Allendale and Wayne Real Properties described above in paragraphs 12-14.

27.     Statutory additions to tax have accrued and will continue to accrue on the unpaid balance of the federal tax liabilities set forth in paragraph 24 above.

28.     As of June 20, 2019, the balance owed on the unpaid federal income tax liabilities described in paragraph 24, above, including accrued but unassessed interest and penalties, was $259,273.  Statutory additions to tax and interest will continue to accrue thereafter according to law until paid in full.

29.     The United States is entitled to judgment for the liability identified in paragraph 24 above.

WHEREFORE, Plaintiff, the United States of America, prays as follows:

A.   That the Court order and adjudge that Defendant John A. Mycek, Sr., solely in his capacity as Administrator of the Gretta Vennik Estate, is indebted to the United States in the amount of  $259,273, as of June 20, 2019 plus penalties, interest, and statutory additions that will accrue from that date according to law until paid for

federal income tax, penalties, and interest relating to the 2003-2006 and 2008-2011 tax years; and

B.    That the Court award such other and further relief as may be deemed just and proper under the circumstances.

## COUNT II
## FORECLOSE FEDERAL TAX LIENS
## AGAINST THE FRANKLIN LAKES REAL PROPERTY

30.    The United States incorporates by reference the allegations in paragraphs 1 through 29.

31.    On August 15, 1980, a deed was recorded in Bergen County, which shows the purchase of the Franklin Lakes Real Property by John and Gretta Vennik.

32.    John and Gretta Vennik held the Franklin Lakes Real Property as tenants by the entirety.

33.    Upon John Vennik's passing in 1983, Gretta Vennik became 100% owner of the Franklin Lakes Real Property.

34.    No subsequent deeds have been recorded.

35.    There is no record of a purchase money mortgage for the Franklin Lakes Real Property.

36.    Currently, there are no mortgages recorded against the Franklin Lakes Real Property.

37.    The federal tax liens described in paragraph 26 above attached to the Franklin Lakes Real Property sought to be foreclosed in this action, and remain on the Real Property, despite any transfers.

WHEREFORE, the United States of America respectfully prays:

C.   That the Court order, adjudge, and decree that the United States of America holds valid and subsisting tax liens on the Franklin Lakes Real Property with respect to the tax assessments described in paragraph 24, above;

D.   That the Court order, adjudge, and decree that the federal tax liens that arose with respect to the outstanding federal income tax liabilities of the taxpayer Gretta Vennik, as described in paragraph 26 above, be foreclosed against the Franklin Lakes Real Property;

E.   That the Court order, adjudge, and decree the priority of liens and interests in the Franklin Lakes Real Property;

F.   That the Court order that the Franklin Lakes Real Property be sold, and that the proceeds of the sale be distributed first to reimbursement of the costs of the sale; then to any liens or interests with priority over the federal tax liens; then to the United States of America in satisfaction of the tax liens described in paragraph 26; and then to any liens or interests with priority after the federal tax liens; and

G.   That the Court award the United States of America such further relief including the costs of this action that the Court finds to be just and proper.

## COUNT III
### FORECLOSE FEDERAL TAX LIENS
### AGAINST THE ALLENDALE REAL PROPERTY

38.   The United States incorporates by reference the allegations in paragraphs 1 through 37.

11

39.     On June 28, 1968, a deed was recorded in Bergen County, which shows the purchase of the Allendale Real Property by John and Gretta Vennik.

40.     John and Gretta Vennik held the Allendale Real Property as tenants by the entirety.

41.     Upon John Vennik's passing, Gretta Vennik became 100% owner of the Allendale Real Property.

42.     No subsequent deeds have been recorded.

43.     There is no record of a purchase money mortgage for the Allendale Real Property.

44.     Currently, there are no mortgages recorded against the Allendale Real Property.

45.     The federal tax liens described in paragraph 26 above attached to the Allendale Real Property sought to be foreclosed in this action, and remain on the Real Property, despite any transfers.

WHEREFORE, the United States of America respectfully prays:

H.   That the Court order, adjudge, and decree that the United States of America holds valid and subsisting tax liens on the Allendale Real Property with respect to the tax assessments described in paragraph 24, above;

I.     That the Court order, adjudge, and decree that the federal tax liens that arose with respect to the outstanding federal income tax liabilities of the taxpayer Gretta Vennik, as described in paragraph 26 above, be foreclosed against the Allendale Real Property;

J.    That the Court order, adjudge, and decree the priority of liens and interests in the Allendale Real Property;

K.    That the Court order that the Allendale Real Property be sold, and that the proceeds of the sale be distributed first to reimbursement of the costs of the sale; then to any liens or interests with priority over the federal tax liens; then to the United States of America in satisfaction of the tax liens described in paragraph 26; and then to any liens or interests with priority after the federal tax liens; and

L.    That the Court award the United States of America such further relief including the costs of this action that the Court finds to be just and proper.

### COUNT IV
### FORECLOSE FEDERAL TAX LIENS
### AGAINST THE WAYNE REAL PROPERTY

46.    The United States incorporates by reference the allegations in paragraphs 1 through 45.

47.    On June 28, 1968, a deed was recorded in Passaic County, which shows the transfer of the Wayne Real Property from W.H. Curtin & Company to 438 Pompton Road Inc. for $1.

48.    On September 7, 1984, a deed was recorded in Passaic County, which shows the transfer of the Wayne Real Property from 438 Pompton Road, Inc. to Linda Vennik and Citizens First National Bank of New Jersey, Executors of the Estate of John Vennik     for less than $100.  The deed is attested by Gretta Vennik, who is listed as the Secretary of 438 Pompton Road, Inc.  The deed is signed by Linda Vennik, who is listed as the President of 438 Pompton Road, Inc.

13

49.     On December 2, 1986, a deed was recorded in Passaic County, which shows the transfer of the Wayne Real Property from Linda Vennik and Citizens First National Bank of NJ Executors of the Estate of John Vennik, deceased, to Linda Vennik and Citizens First National bank of NJ as Co-Trustees of the Spousal Part Trust under the Last Will and Testament of John Vennik, deceased, as 1/2 tenants in common and Linda Vennik and Citizens First National Bank of NJ as Co-Trustees of the Family Part Trust under the Last Will and Testament of John Vennik deceased as 1/2 tenants in common, for less than $100.

50.     As the sole beneficiary of the Spousal Part Trust, Gretta Vennik had a 50% interest in the Wayne Real Property

51.     The federal tax liens described in paragraph 26 above attached to Gretta Vennik's interest in the Wayne Real Property sought to be foreclosed in this action, and remain on the Real Property, despite any transfers

WHEREFORE, the United States of America respectfully prays:

M.   That the Court order, adjudge, and decree that the United States of America holds valid and subsisting tax liens on the Wayne Real Property with respect to the tax assessments described in paragraph 24, above;

N.   That the Court order, adjudge, and decree that the federal tax liens that arose with respect to the outstanding federal income tax liabilities of the taxpayer Gretta Vennik, as described in paragraph 26 above, be foreclosed against the Wayne Real Property;

14

O.   That the Court order, adjudge, and decree the priority of liens and interests in the Wayne Real Property;

P.   That the Court order that the Wayne Real Property be sold, and that the proceeds of the sale be distributed first to reimbursement of the costs of the sale; then to any liens or interests with priority over the federal tax liens; then to the United States of America in satisfaction of the tax liens described in paragraph 26; and then to any liens or interests with priority after the federal tax liens; and

Q.   That the Court award the United States of America such further relief including the costs of this action that the Court finds to be just and proper

Date: June 21, 2018

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

s/ Olga L. Tobin
OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6322
Fax: (202) 514-6866
olga.l.tobin@usdoj.gov
*Counsel for the United States*

OF COUNSEL:
J. Andrew Ruymann
Assistant U.S. Attorney
District of New Jersey

**DESIGNATION OF AGENT FOR SERVICE UNDER LOCAL CIVIL RULE 101.1(f)**

In accordance with Local Civil Rule 101.1(f), the undersigned hereby designates

the United States Attorney for the District of New Jersey to receive service of all notices

or papers in this action at the following address:

United States Attorney's Office
District of New Jersey
402 East State Street, Room 430
Trenton, NJ 08608

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney
General

s/ Olga L. Tobin_____
OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6322
Fax: (202) 514-6866
olga.l.tobin@usdoj.gov
*Counsel for the United States*

OF COUNSEL:
J. Andrew Ruymann
Assistant U.S. Attorney
District of New Jersey

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

United States of America

**(b)**   County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*
Olga L. Tobin, U.S. Dept. of Justice, PO Box 227, Ben Franklin Station, Washington DC 20044, Olga.L.Tobin@usdoj.gov, (202) 307 - 6322

## DEFENDANTS

John Mycek, Sr., Linda & Sonjya Vennik, Irving & Doris Klein, Franklin Lakes Borough, Wayne Township, Clemente Enterprises

County of Residence of First Listed Defendant ____Monmouth____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Jeffrey Dirmann, Agostino & Associates, 14 Washington Place Hackensack, NJ 07601, Counsel for John Mycek, Sr., Administrator of the Estate of Gretta Vennik

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
        Plaintiff

☐ 2   U.S. Government
        Defendant

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                        *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☒ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        Another District
        *(specify)*

☐ 6   Multidistrict
        Litigation -
        Transfer

☐ 8   Multidistrict
        Litigation -
        Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1331, 1340 and 1345 and 26 U.S.C. §§ 7402, and 7403

Brief description of cause:
Collect federal income taxes and foreclose federal tx liens

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
      UNDER RULE 23, F.R.Cv.P.

DEMAND $
259,273.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
06/21/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Olga L. Tobin

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| JOHN A. MYCEK, SR., ADMINISTRATOR, | ) | |
| OF THE GRETTA VENNIK ESTATE, et. al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOHN A. MYCEK, SR., ADMINISTRATOR
OF THE GRETTA VENNIK ESTATE
1 SOUTH ENSIGN DRIVE
LITTLE EGG HARBOR, NJ 08082


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| JOHN A. MYCEK, SR., ADMINISTRATOR, | ) |
| OF THE GRETTA VENNIK ESTATE, et. al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LINDA VENNIK
774 ASPEN WAY
FRANKLIN LAKES, NJ 07417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| JOHN A. MYCEK, SR., ADMINISTRATOR, | ) |
| OF THE GRETTA VENNIK ESTATE, et. al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SONJA VENNIK
774 ASPEN WAY
FRANKLIN LAKES, NJ 07417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| JOHN A. MYCEK, SR., ADMINISTRATOR, OF THE GRETTA VENNIK ESTATE, et. al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CLEMENTE ENTERPRISES LLC
366 SUNSET BLVD
WYCKOFF, NJ 07481,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

                                                                                    .


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| JOHN A. MYCEK, SR., ADMINISTRATOR, | ) |
| OF THE GRETTA VENNIK ESTATE, et. al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TOWNSHIP OF WAYNE
475 VALLEY ROAD
WAYNE, NJ 07470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| JOHN A. MYCEK, SR., ADMINISTRATOR, | ) |
| OF THE GRETTA VENNIK ESTATE, et. al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BOROUGH OF FRANKLIN LAKES
480 DEKORTE DRIVE
FRANKLIN LAKES, NJ 07417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: